William W. GREENE, Appellant, v. Dr. Winfred OVERHOLSER, Superintendent, St. Elizabeths Hospital, Appellee.

No. 8745.

United States Court of Appeals District of Columbia.

Argued Nov. 15, 1944.

Decided Dec. 18, 1944.

Mr. H. Clifford Allder, of Washington, D. C., (appointed by the District Court), for appellant.

Messrs. Charles B. Murray, Assistant United States Attorney, and Edward M. Curran, United States Attorney, both of Washington, D. C., submitted on the brief, for appellee.

Before GRONER, Chief Justice, and EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the order discharging the writ of habeas corpus and dismissing the petition is, therefore,

Affirmed.